# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN MICHAEL LACOUR, AS
CURATOR FOR HANNAH LEMOINE
MILLER, ET AL.

NO.   2019 CW 1163

VERSUS

HORACE L. MITCHELL, M.D. AND
ALLEN JOSEPH, M.D.

**NOV 2 5 2019**

---

In Re:   Jody Miller, as the tutor and Natural Father of the
         minor children, Sophie Madeline Miller, Emma Catherine
         Miller and Logan Anthony Miller, and Kevin Michael
         LaCour as tutor and Father of the minor child, Kollin
         Michael LaCour, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 665004.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

  **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT